UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          CASE NO.: 15-70517-LAS
IN RE                                                                                    BANKRUPTCY

MICHELE FIORE

                                                                             AFFIDAVIT
                      DEBTOR.
-----------------------------------------------------------X.
STATE OF NEW YORK)
                         ) ss.:
COUNTY OF SUFFOLK)

Now comes MICHELE FIORE, (hereinafter "Debtor") being first duly sworn and under penalty of perjury, deposes and states in support of confirmation of the above captioned bankruptcy case that:

(Must check either A or B)

1. ____(A) The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. Section 101(14)A and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. Section 1325(a)(8).

    __X__(B) The undersigned Debtor does NOT have domestic support obligations pursuant to 11 U.S.C. Section 101(14A).


(Must check either A or B)


2. __X__(A) The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State and local tax returns pursuant to 11 U.S.C. Section 1308.

    _____ (B) The undersigned Debtor is NOT required to file tax returns.

By signing this declaration, I/WE acknowledge that all statements contained herein are true and accurate and that the Trustee may rely on the truth of each of these statements in making its recommendation to confirm the Chapter 13 plan. The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.

                                                                 /s MICHELE FIORE
                                                                  MICHELE FIORE

Sworn to me this 14th  Day of March, 2015
/S NOTARY PUBLIC_____
Notary Public